# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-SFV

| | | | |
|---|---|---|---|
| Filer's Name: | DANNING, GILL, DIAMOND & KOLLITZ, LLP | Atty Name (if applicable): | Julia W. Brand (jbrand@dgdk.com) |
| Street Address: | 2029 Century Park East, Third Floor Los Angeles, CA 90067-2904 | CA Bar No. (if applicable): | 121760 |
| Filer's Telephone No.: | (310) 277-0077 | Atty Fax No. (if applicable): | (310) 277-5735 |

| In re: | Case No. 1:09-bk-13387-KT |
|---|---|
| Meruelo Maddux Properties, L.P., a DE LP | Chapter 11 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?

☒ Yes    ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☐ B    ☐ C    ☐ D    ☐ E    ☒ F    ☒ G    ☐ H    ☐ I    ☐ J
☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs
☐ Statement of Intention    ☒ Other - Amended Creditor Matrix

**NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.**

I, Richard Meruelo, the person who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: August 9, 2010

_[signature]_
Richard Meruelo / Chief Executive Officer
*Debtor Signature*

*Co-Debtor Signature*

**FOR COURT USE ONLY**

**SEE PROOF OF SERVICE**

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Central District of California-SFV

In re: Meruelo Maddux Properties, L.P., a DE LP

Debtor

Case No. 1:09-bk-13387

Chapter 11

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,826,292.67 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 515,078,547.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 9 | | | |
| Total Assets | | | 1,826,292.67 | | |
| Total Liabilities | | | | 515,078,547.60 | |

B6F (Official Form 6F) (12/07)

In re    Meruelo Maddux Properties, L.P., a DE LP    Case No. __1:09-bk-13387__
                                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>L.P. Carreras & Associates<br>Attn: Luis Carreras<br>9550 Firestone Boulevard, #204<br>Downey, CA 90241-5560 | | | Professional fees for services rendered prior to March 26, 2009 | | | | 19,491.25 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)  19,491.25

Total (Report on Summary of Schedules)  19,491.25

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:40247-100329   Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  Meruelo Maddux Properties, L.P., a DE LP  
　　　　　　　　　　　　　　Debtor

Case No.  1:09-bk-13387

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Andrew Murray<br>761 Terminal Street, Building 1<br>Second Floor<br>Los Angeles, CA 90021 | Executive Employment Agreement |
| John Maddux<br>761 Terminal Street, Building 1<br>Second Floor<br>Los Angeles, CA 90021 | Executive Employment Agreement |
| Richard Meruelo<br>761 Terminal Street, Building 1<br>Second Floor<br>Los Angeles, CA 90021 | Executive Employment Agreement |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

L.P. Carreras & Associates
Attn: Luis Carreras
9550 Firestone Boulevard, #204
Downey, CA 90241-5560

Andrew Murray
761 Terminal Street, Building 1
Second Floor
Los Angeles, CA 90021

John Maddux
761 Terminal Street, Building 1
Second Floor
Los Angeles, CA 90021

Richard Meruelo
761 Terminal Street, Building 1
Second Floor
Los Angeles, CA 90021

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: August 9, 2010

Julia W. Brand
Print or Type Name

/s/ Julia W. Brand
Signature

(SEE ATTACHED MAILING LIST.)

Via U.S. Mail
L.P. Carreras & Associates
L.P. Carreras
9550 Firestone Boulevard, Suite 204
Downey, CA 90241

United States Trustee
Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Hon. Kathleen Thompson
U. S. Bankruptcy Court
21041 Burbank Blvd, Suite 305
Woodland Hills, CA 91367

Andrew Murray
761 Terminal Street, Building 1
Second Floor
Los Angeles, CA 90021

John Maddux
761 Terminal Street, Building 1
Second Floor
Los Angeles, CA 90021

Richard Meruelo
761 Terminal Street, Building 1
Second Floor
Los Angeles, CA 90021

B-1008 Revised November 2003